(Official Form 1) (9/01)

| FORM B1 | **United States Bankruptcy Court**<br>Western District of Washington | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rowe, Thomas M.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Rowe, Ellen** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**dba Complete Plant Maintence, Inc.** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**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** | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**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** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2087 Northshore Road**<br>**Bellingham, WA 98226** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**2087 Northshore Road**<br>**Bellingham, WA 98226** |
| County of Residence or of the Principal Place of Business: **Whatcom** | County of Residence or of the Principal Place of Business: **Whatcom** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual(s) | ☐ Railroad | ☐ Chapter 7  ☐ Chapter 11  ■ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9  ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business   ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)        THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Rowe, Thomas M.**
**Rowe, Ellen**

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| **- None -** | | |

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| **- None -** | | |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Thomas M. Rowe**
Signature of Debtor **Thomas M. Rowe**

X  **/s/ Ellen Rowe**
Signature of Joint Debtor **Ellen Rowe**

_____
Telephone Number (If not represented by attorney)

**December 18, 2003**
Date

### Signature of Attorney

X  **/s/**
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

**Law Offices of Lester & Hyldahl**
Firm Name

**217 Prospect St.**

**Bellingham, WA  98225**
Address

**360 733-5774  Fax: 360 733-5785**
Telephone Number

**December 18, 2003**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  **/s/**                                  **December 18, 2003**
Signature of Attorney for Debtor(s)       Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Western District of Washington

In re: **Thomas M. Rowe, Ellen Rowe**
Debtor(s)

Case No.
Chapter **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **December 18, 2003**

/s/ **Thomas M. Rowe**
**Thomas M. Rowe**
Signature of Debtor

Date: **December 18, 2003**

/s/ **Ellen Rowe**
**Ellen Rowe**
Signature of Debtor

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

AAMES FINANCIAL
350 S. GRAND AVENUE 47TH FLOOR
LOS ANGELES, CA 90071


BANK NORTHWEST
C/O TIM CARPENTER
222 GRAND AVENUE #A
BELLINGHAM, WA 98225


BANK OF AMERICA
1825 E. BUCKEYE ROAD
PHOENIX, AZ 85034


BANK OF AMERICA MORTGAGE
7833 WALKER DRIVE 3RD FLOOR
GREENBELT, MD 20770


BANNER BANK
10 S 1ST AVENUE
WALLA WALLA, WA 99362


CAL COAST CREDIT SERVICE, INC.
2906 MCBRIDE LANE
SANTA ROSA, CA 95403


CHASE BANK
P.O. BOX 52108
PHOENIX, AZ 85072


CHEVRON USA
P.O. BOX 2001
CONCORD, CA 94529


DISCOVER FINANCIAL SERVICES
P.O. BOX 15316
WILMINGTON, DE 19850


EVERTRUST
C/O JEFFREY JONES
1820 32ND STREET
EVERETT, WA 98201


EVERTRUST AKA EVERETT MUTUAL
2707 COLBY SUITE #600
EVERETT, WA 98201

FIRST MUTUAL SAVINGS
P.O. BOX 1647
BELLEVUE, WA 98007


FNB OMAHA
1620 DODGE STREET
OMAHA, NE 68197


FRONTIER BANK
3110 NORTHWEST AVENUE
BELLINGHAM, WA 98225


KEY BANK
C/O JASON WHALEN
1200 WELLS FARGO PLAZA
1201 PACIFIC AVENUE
TACOMA, WA 98402


KEY BANK OF WASHINGTON
P.O. BOX 94968
CLEVELAND, OH 44101


KEYCORP LEASING
C/O JASON WHALEN
1200 WELLS FARGO PLAZA
1201 PACIFIC AVENUE
TACOMA, WA 98402


LELAND SCOTT & ASSOCIATES
P.O. BOX 174422
ARLINGTON, TX 76003-4422


MBNA
P.O. BOX 15026
WILMINGTON, DE 19850-3026


MERCHANTS
P.O. BOX 7416
BELLEVUE, WA 98008-1416


NORTHWEST BUSINESS BANK
502 OLIVE WAY
SEATTLE, WA 98107

RNB - MERVYNS
P.O. BOX 59316
MINNEAPOLIS, MN 55459-0317

SECURITY INVESTORS
C/O JASON WHALEN
1200 WELLS FARGO PLAZA
1201 PACIFIC AVENUE
TACOMA, WA 98402

SECURITY INVESTORS
200 SO. CHERRY STREET
BURLINGTON, WA 98233

SHINTAFFER
2071 NORTHSHORE ROAD
BELLINGHAM, WA 98226

SKAGIT STATE BANK
P.O. BOX 339
MOUNT VERNON, WA 98273

SPECTRUM FEDERAL CREDIT
P.O. BOX 193919
SAN FRANCISCO, CA 94119

STERLING SAVINGS BANK
5512 22ND AVENUE NW
SEATTLE, WA 98107

US BANK
121 W.HOLLY STREET
BELLINGHAM, WA 98225

WALK IN HEALTH
2940 SQUALICUM PARKWAY
BELLINGHAM, WA 98225

WASHINGTON FEDERAL SAVINGS
425 PIKE STREET
SEATTLE, WA 98101

WASHINGTON MUTUAL
P.O. BOX 91006
SEATTLE, WA 98111

WASHINGTON MUTUAL BANK
9601 MCALLISTER FWY
SAN ANTONIO, TX 78216