1

2

3

4

5

6

7
Honorable Thomas T. Glover
Chapter 13

8
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9

10
No. 03-26173-TTG

In Re:

11
**MOTION FOR EX PARTE**
**ORDER DIRECTING**

Thomas M. Rowe and

12
Ellen Rowe,
**APPEARANCE AND**
**EXAMINATION PURSUANT**
(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)

13
**TO BANKRUPTCY RULE**
**2004 AND REQUIRING**
Debtors.

14
**PRODUCTION OF**
**DOCUMENTS**

15

16
PHILLIP NUDELMAN, M.D. ("NUDELMAN"), creditor of the above-named

17
debtor, hereby moves, pursuant to Bankruptcy Rule 2004(a), for an Order authorizing

18
a Rule 2004 examination of Thomas M. Rowe ("Debtor").

19
Based on the attached Declaration of David M. Tall, Nudelman also requests

20
that the Debtor be required to produce the following documents in their possession or

21
under their control at the time of hearing:

22

MOTION RE 2004 EXAMINATION-1
F:\DMT\Nudelman\Rowe\Rule 2004 mot to exam.doc 2/6/04 (ljf) #99-
074

OSERAN HAHN SPRING & WATTS P.S.
10900 NE Fourth Street #850
Bellevue WA 98004
Phone: (425) 455-3900
Facsimile: (425) 455-9201

1.     DEFINITIONS:

       a.     Relating To:  The word "relating to" as used herein means
pertinent, relevant or material to, evidencing, reflecting on, having a bearing on, or
concerning, affecting, discussing, dealing with, considering or otherwise relating to in
any manner whatsoever the subject matter referred to herein, and connected with
property located in or transactions occurring in the USA or Canada.

       b.     Documents:  The word "document' as used herein relates to
writings of every kind and character pertaining to the designated subject matter,
including, without limitation, the original or any copy, regardless or origin or location,
of any contract, agreement, letter interoffice or intra-office memorandum, diary, file,
note, statement, bill, invoice, purchase order, policy, telegram, correspondence,
summary receipt, schedule, manual, financial statement, audit, tax return, draft,
articles of incorporation, by-laws, stock books, minute book, deed, security agreement,
mortgage, deed of trust, title or other insurance policy, report, lease, rental agreement,
record, study, hand-written note, map, drawing, working paper, chart, paper, draft,
index page, microfilm, video tape, data sheet, data processing card, business forms,
journals, ledgers or any other written, typed, printed, photocopied, dittoed,
mimeographed, multilithed, recorded, transcribed, punched, taped, filmed,
photographic or graphic matters, however produced or reproduced, to which you have
or have had access, relating to the designated subject matter.

OSERAN HAHN SPRING & WATTS P.S.
10900 NE Fourth Street #850
Bellevue WA  98004
Phone:  (425) 455-3900
Facsimile:  (425) 455-9201

2.    DOCUMENTS REQUESTED:

Any and all papers and documents relating to:

a.    All assets in which you, your spouse, jointly or separately, alone or in conjunction with any other person or entity have a legal or security interest, regardless of whether such asses or property are real or personal, tangible or intangible.

b.    Contracts, agreements, notes (negotiable or non-negotiable), mortgages or other security agreements to which you, your spouse, jointly or separately, alone or in conjunction with any other person or firm are a party.

c.    All personal income tax returns for the past five (5) years and all income tax returns for any business interest either in or not in Debtor's or spouse's name including any sole proprietorship, partnership, or corporation.

d.    Copies of all financial statements delivered to anyone during the last five (5) years. (This is to include personal statements and financial statements of sole proprietorship, partnership, corporation or other business in which said Debtor or spouse has stock or an interest of any kind.)

e.    All statements of income, wages, salary, fees, bonuses or commissions earned by you or your spouse, including wage stubs and/or payroll slips and any and all other proofs of such income or other income as said Debtor or spouse may have earned for the last five (5) years.

OSERAN HAHN SPRING & WATTS P.S.
10900 NE Fourth Street #850
Bellevue WA 98004
Phone: (425) 455-3900
Facsimile: (425) 455-9201

f.      Any and all bank books, including savings books and checking account records, in Debtor's or spouse's name or the name of any other member of said Debtor's family who is holding any monies on behalf of and for the above-named Debtor or spouse for the last five (5) years.

g.      Copies of all records in Debtor's or spouse's possession or under his/her control or spouse's control, not specifically set forth above, which show ownership of, or interest in any real or personal property.

h.      Any profit and loss statements and balance sheets reflecting condition of any sole proprietorship, partnership or corporation in which said Debtor or spouse has stock or interest of any kind.

i.      All ledgers, journals, accounts receivable, accounts payable, and records reflecting assets, liabilities, payments made and payments received for any sole proprietorship, partnership or corporation in which said Debtor or spouse has stock or interest of any kind.

j.      All contracts and all correspondence between Debtor and Ernest M. Dill and/or Investment and Estate Strategies, L.L.C.

Nudelman further requests that the Court order the Debtor to appear for examination at the law offices of Oseran Hahn Spring & Watts, P.S., 10900 Northeast Fourth St., Suite 850, Bellevue, Washington, 98004, on the 25th of March, 2004, at 10:00 a.m., continuing as necessary until the examination is completed.

MOTION RE 2004 EXAMINATION-4
F:\DMT\Nudelman\Rowe\Rule 2004 mot to exam.doc 2/6/04 (ljf) #99-074

OSERAN HAHN SPRING & WATTS P.S.
10900 NE Fourth Street #850
Bellevue WA 98004
Phone: (425) 455-3900
Facsimile: (425) 455-9201

Debtor will be examined under oath in relation to acts, conduct or property of the Debtor, or to any matter which may affect the administration of the Debtor's estate, or right to discharge; and acts, conduct or property of the Debtor that relate to the liabilities and financial condition of the Debtor, the operation of the Debtor's business and the desirability of the continuance thereof, the source of any money or property acquired or to be acquired by the Debtor and any other matter relevant to the case.

DATED:  February 6, 2004.

OSERAN, HAHN, SPRING & WATTS, P.S.

By_____
DAVID M. TALL, WSBA #12849
Of Attorneys for Phillip Nudelman, M.D.

OSERAN HAHN SPRING & WATTS P.S.
10900 NE Fourth Street #850
Bellevue WA  98004
Phone: (425) 455-3900
Facsimile: (425) 455-9201